717 A.2d 429

IN THE MATTER OF RICHARD I. WOOD,
AN ATTORNEY AT LAW.

September 25, 1998.

## ORDER

This matter having been presented to the Court on the petition of the Office of Attorney Ethics for the immediate temporary suspension from practice of **RICHARD I. WOOD of TRENTON,** who was admitted to the bar of this State in 1964, and on the cross-motion of respondent to be placed on disability inactive status;

And **RICHARD I. WOOD** having been ordered to show cause why he should not be temporarily suspended from practice;

And good cause appearing;

It is ORDERED that **RICHARD I. WOOD** is hereby suspended from the practice of law until further Order of the Court, effective immediately; and it is further

ORDERED that within sixty days respondent shall submit to a physical examination by a Florida physician selected by the Office of Attorney Ethics; and it is further

ORDERED that following said examination, the Office of Attorney Ethics shall file with the Court copies of the report and comments of the Office of Attorney Ethics on the report and respondent's fitness to practice law; and it is further

ORDERED that if the Office of Attorney Ethics agrees with respondent that he should be placed on disability inactive status, the Court shall be so informed and respondent shall be placed on disability inactive status; and it is further

ORDERED that all funds, if any, currently existing in any New Jersey financial institution maintained by **RICHARD I. WOOD,** pursuant to *Rule* 1:21–6 shall be restrained from disbursement

except on application to this Court, for good cause shown, pending the further Order of this Court;  and it is further

ORDERED that **RICHARD I. WOOD** be restrained and enjoined from practicing law during the period of his suspension and that he comply with *Rule* 1:20–20 dealing with suspended attorneys.